| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) KATZ, MARVIN | 2. Court or Organization U.S. DIST. CT. - ED PA | 3. Date of Report 3/2/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) JUDGE, U.S. DIST. CT. (SENIOR) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 601 MARKET STREET PHILADELPHIA, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.      *SEE ADDENDUM | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | **SEE ADDENDUM |

RECEIVED 2004 MAR -8 A 10: 56 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/03 | Vanguard Star (IRA) | 70,000.00 |
| 2. | 12/31/03 | Wachovia Bank (IRA) | 10,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KATZ, MARVIN | 3/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wachovia Bank, Successor to First Union Bank, Phila., PA | A | Interest | G | T | | | | | |
| 2. Money Market Savings Account Merrill Lynch Government Fund, | | | | | | | | | |
| 3. Inc., Boston, MA-Money Mkt Fund | D | Interest | M | T | | | | | |
| 4. Specter & Katz, an Inactive Professional Association which | | | | | | | | | |
| 5. has terminated all business activities, c/o Marvin Katz, | | | | | | | | | |
| 6. 601 Market St., Phila., PA | A | None | J | T | | | | | |
| 7. Specter & Katz, Pension and Profit Sharing Plans, | | | | | | | | | |
| 8. now conist of Vanguard Star Fund, Valley Forge, PA, | | | | | | | | | |
| 9. rolled over into I.R.A. on 11/15/02, The VanGuard | | | | | | | | | |
| 10. Fiduciary Trust Co., custodian, Valley Forge, PA | G | Dividend | P1 | T | | | | | |
| 11. Bristol-Myers Squibb Company, Successor to Squibb Corp. - | | | | | | | | | |
| 12. 1920 Shares, Common Stock | B | Dividend | L | T | | | | | |
| 13. Wachovia Bank, Successor to First Union Bank, Phila., PA | | | | | | | | | |
| 14. IRA Account (CD) | D | Interest | J | T | | | | | |
| 15. United States Savings Bonds (Series E) | A | Interest | J | T | | | | | |
| 16. SpaceLabs Medical, 20 Shares of Common Stock | A | None | J | T | | | | | |
| 17. SonoSight, Inc. (spin off from ATL Ultrasound Inc. | A | None | | | Redeemed | 2/28 | J | J | |
| 18. 4/6/98, 6 shares) | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>KATZ, MARVIN | Date of Report<br><br>3/2/2004 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

*I. POSITIONS: I withdrew from Mesirov, Gelman, Jaffe, Cramer & Jaimeson effective 8/25/83. I resigned as a trustee under the Pension and Profit Sharing Plans of Specter & Katz and as Chairman and Director of Specter & Katz, an inactive professional association, on August 22, 1983.

**II. AGREEMENTS: Commenced on 1/1/62 and restated effective 7/1/76. Specter & Katz, Arlen Specter, Marvin Katz and Kathleen M. Groetzinger; vested trust interests in Pension and Profit Sharing Plans of former employer Specter & Katz, Michael M. Baylson, Trustee, as restated 7/1/00 and rolled over into I.R.A. on 11/15/02, The Vanguard Fiduciary Trust Co., Custodian.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████ Date 3/2/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544